UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. CR-N-04-300-MAP

UNITED STATES OF AMERICA )
)
)
v. )
)
)
RAYMOND ASSELIN, SR., ET ALS )

### NOTICE OF APPEARANCE

Please enter my appearance as attorney for the Defendant, John Spano, in the above-captioned matter.

Respectfully submitted,
THE DEFENDANT

By: _____
THOMAS JOHN ROOKE, ESQ.
73 Chestnut Street
Springfield, MA 01103
Ph:  (413)731-9000
Fx:  (413)731-1302
BBO#: 549087

Dated: September 1, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served on the parties of record by mailing, via first class mail, postage pre-paid, on this first day of September, 2004 to the following:

William M. Welch, II, Esq.
Assistant U.S. Attorney
Federal Bldg. and Courthouse
1550 Main Street, Room 310
Springfield, MA 01103

Joseph Ballero, Esq.
99 Summer Street, Suite 1800
Boston, MA 02110

James C. Rehnquist, Esq.
Goodwin Proctor & Hoar
Exchange Place
Boston, MA 02109

Philip H. Lauro, Esq.
Cooledge & Lauro
80 Maple Street
Springfield, MA 01105

| | |
|---|---|
| Steven W. Leary, Esq.<br>95 State Street<br>Springfield, MA 01103 | Roy H. Anderson, Esq.<br>Box 1420<br>Springfield, MA 01101 |
| Thomas Lesser, Esq.<br>Lesser, Newman, Souweine & Nasser<br>39 Main Street<br>Northampton, MA 01060 | Bernard Grossberg, Esq.<br>99 Summer Street, Suite 1800<br>Boston, MA 02110 |
| Thomas R. Kiley, Esq.<br>Cosgrove, Eisenberg & Kiley<br>One International Place<br>Boston, MA 02110 | David P. Hoose, Esq.<br>Katz, Sasson, Hoose & Turnbull<br>1145 Main Street<br>Springfield, MA 01103 |
| Richard M. Egbert, Esq.<br>99 Summer Street, Suite 1620<br>Boston, MA 02110 | Vincent A. Bongiorni, Esq.<br>95 State Street<br>Springfield, MA 01103 |

*/s/ Thomas J. Rooke*
THOMAS JOHN ROOKE, ESQ.