UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-30033-MAP

UNITED STATES OF AMERICA )
)
)
v. )
)
)
RAYMOND ASSELIN, SR., ET ALS )

DEFENDANT JOHN SPANO'S MOTION FOR INCLUSION IN ALL
OTHER COUNSELS' MOTION FOR EXTENSION OF TIME

NOW COMES the Defendant, John Spano, through his attorney, Thomas John Rooke, who respectfully requests this Honorable Court to include the Defendant, John Spano, in the "Motion for Extension of Time" which was filed by all co-counsel in the above-entitled criminal docket number.

In support thereof, counsel states that John Spano was inadvertently omitted from the joint motion filed on October 26, 2004 by all co-counsel.

Respectfully submitted,
THE DEFENDANT

By: _____
THOMAS JOHN ROOKE, ESQ.
73 Chestnut Street
Springfield, MA 01103
Ph: (413)731-9000
Fx: (413)731-1302
BBO#: 549087

Dated: November 3, 2004

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served on the parties of record by mailing, via first class mail, postage pre-paid, on this 3rd day of November, 2004 to the following:

William M. Welch, II, Esq.          Joseph Ballero, Esq.
Assistant U.S. Attorney              99 Summer Street, Suite 1800
Federal Bldg. and Courthouse         Boston, MA 02110
1550 Main Street, Room 310
Springfield, MA 01103

James C. Rehnquist, Esq.
Goodwin Proctor & Hoar
Exchange Place
Boston, MA 02109

Steven W. Leary, Esq.
95 State Street
Springfield, MA 01103

Thomas Lesser, Esq.
Lesser, Newman, Souweine & Nasser
39 Main Street
Northampton, MA 01060

Thomas R. Kiley, Esq.
Cosgrove, Eisenberg & Kiley
One International Place
Boston, MA 02110

Richard M. Egbert, Esq.
99 Summer Street, Suite 1620
Boston, MA 02110

Philip H. Lauro, Esq.
Cooledge & Lauro
80 Maple Street
Springfield, MA 01105

Roy H. Anderson, Esq.
Box 1420
Springfield, MA 01101

Bernard Grossberg, Esq.
99 Summer Street, Suite 1800
Boston, MA 02110

David P. Hoose, Esq.
Katz, Sasson, Hoose & Turnbull
1145 Main Street
Springfield, MA 01103

Vincent A. Bongiorni, Esq.
95 State Street
Springfield, MA 01103

_____
THOMAS JOHN ROOKE, ESQ.