

# MEMORANDUM

To: Honorable Kenneth P. Neiman,
U.S. Magistrate Judge

From: Irma Zingarelli
U.S. Pretrial Services Officer

RE: SPANO, John
CR.#: 04-30033-04

Date: August 3, 2005

On June 12, 2004, the above named defendant appeared before Your Honor, after being named in an Indictment charging him with Racketeering, Conspiracy to Commit Racketeering, Conspiracy to Commit Bribery and Federal Bribery, Federal Bribery and Receipt of Illegal Gratuity and Criminal Forfeiture, in violation of Title 18 U.S.C. Sections 1962(c), 1962(d), 201 and 371. Your Honor released the defendant released on the following conditions:

1. Report to Pretrial Services as directed.
2. Report by telephone on the first Monday of each month.
3. Surrender passport
4. Travel restricted to the New England States plus New York and New Jersey: Travel to Florida and California allowed with prior notice to Pretrial Services

Please be advised that Mr. Spano failed to call in as required on three separate occasions in the past months. He has been advised of the possible consequences future violations may have on his bail conditions.

This memorandum is being submitted to Your Honor for informational purposes.

cc: William Welch, AUSA
Thomas Rooke, Esq.