UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. CR-N-04-300-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) DEFENDANT'S MOTION FOR |
| v. | ) PERMISSION TO TRAVEL |
| | ) (ASSENTED TO) |
| | ) |
| JOHN SPANO, ET ALS | ) |

    NOW COMES the Defendant, JOHN SPANO, through his attorney, Thomas John Rooke, who respectfully petitions this Honorable Court to grant JOHN SPANO permission to travel from Springfield, Massachusetts to Port Canaveral, Florida between July 30, 2006 and August 6, 2006.

    Mr. Spano will be traveling on a Royal Caribbean International cruise ship visiting ports of call in the Caribbean. In addition, he will be traveling with his wife and son. I am enclosing a copy of the itinerary for the above trip.

    This motion is assented to by Assistant United States Attorney William Welch.

ATTORNEY FOR THE DEFENDANT,

/s/ Thomas John Rooke
THOMAS JOHN ROOKE, ESQ.
73 Chestnut Street
Springfield, MA 01103
Ph: (413)731-9000
Fx: (413)731-1302
BBO# 549087

ASSENTED TO:

/s/ William Welch
WILLIAM WELCH
Assistant U.S. Attorney

Dated: July 13, 2006

CERTIFICATE OF SERVICE

    I, Thomas John Rooke, Esq., hereby certify that on this day, I served a copy of the foregoing on Assistant U.S. Attorney, William Welch, Esq. via facsimile on this 13th day of July, 2006.

THOMAS JOHN ROOKE, ESQ.