UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

       V.                          CRIMINAL NO.  04-30033-MAP

JOHN SPANO

ORDER REGARDING REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

SEPTEMBER 20, 2006

PONSOR, D.J.

    Upon de novo review, the Report and Recommendation of Chief Magistrate Judge Kenneth P. Neiman dated August 30, 2006 is hereby ADOPTED, without objection. The plea is hereby accepted. The clerk is ordered to enter defendant's plea of guilty to Count 2 of the information into the records of the court as of this date, and to issue a procedural order scheduling the defendant for sentencing.

    It is so ordered.

                                            /s/Michael A.Ponsor
                                            MICHAEL A. PONSOR
                                            U.S. DISTRICT JUDGE