```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,         )   CR-N-04-30033-MAP
                                  )
              Plaintiff,          )
                                  )
       vs.                        )
                                  )
JOHN SPANO                        )
                                  )
              Defendant.          )
```

**GOVERNMENT'S SECOND MOTION TO DISMISS REMAINING COUNTS**

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Steven H. Breslow, Assistant United States Attorney, hereby files this Motion To Dismiss The Remaining Counts In The Second Superseding Indictment Against John Spano.

1. On August 30, 2006, the defendant pleaded guilty pursuant to a plea agreement to Count Two of the Second Superseding Indictment.

2. On December 7, 2006, the defendant was duly sentenced by this Court.

3. Counts 1, 3, 52, 67, 68, and 69 of the Second Superseding Indictment remain pending, as do Counts 1, 2, 3, 51, 64, 65, 66, and 67 of the original Indictment.

4.   Consequently, the government respectfully moves to dismiss Counts 1, 3, 52, 67, 68, and 69 of the Indictment, as well as Counts 1, 2, 3, 51, 64, 65, 66, and 67 of the original Indictment.

5.   The government respectfully withdraws its initial Motion to Dismiss Remaining Counts, which mistakenly contained a typographical error as to one of the pending Counts.

Filed this 15th day of December, 2006.

>              Respectfully submitted,
>
>              MICHAEL J. SULLIVAN
>              United States Attorney
>
>
>              ___/s/ Steven H. Breslow___
>              STEVEN H. BRESLOW
>              Assistant United States Attorney

CERTIFICATE OF SERVICE

Hampden, ss.                                    Springfield, Massachusetts
                                                December 15, 2006

    I, Steven H. Breslow, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by electronically filing said motion to:

Thomas John Rooke, Esq.
73 Chestnut Street
Springfield, MA 01103
Counsel for defendant John Spano

                                         /s/ Steven H. Breslow
                                         STEVEN H. BRESLOW
                                         Assistant United States Attorney