UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04CR30033

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DEFENDANT'S MOTION FOR |
| v. | ) | CLARIFICATION ON PAYMENT |
| | ) | OF $100,000.00 FINE |
| JOHN SPANO, ET ALS | ) | |

    NOW COMES the Defendant, JOHN SPANO, through his attorney, Thomas John Rooke, who respectfully requests clarification of the Court's order concerning payment of the $100,000.00 fine.

    It is the undersigned counsel's memory that Your Honor suspended payment of the $100,000.00 fine for one year until December 7, 2007 in order that the fine payments be credited against the fine and not toward the $500,000.00 restitution being paid jointly and severally with any other defendant for the instant offense, i.e. Asselin family members. It was Your Honor's expectation that the real estate being forfeited by the Asselin family members would be accepted as restitution in full by the Springfield Housing Authority. Therefore, in order to avoid Spano's fine payments being applied against the restitution amount, Your Honor suspended any payment of the fine until December 7, 2007, and further ordered that interest be suspended until that date.

    Mr. Spano informed Probation Officer Lee that he was purchasing a piece of real estate for $77,000.00. Initially, Probation Officer Lee ordered Spano to pay the $100,000.00 fine in full before purchasing any property. Then, she ordered him to commence making twelve consecutive monthly payments of $8,333.00 commencing January, 2007. I spoke to Probation Officer Lee on December 15, 2006 and advised her of my interpretation of the court order cited above. Probation Officer Lee did not agree with my interpretation and she ordered Mr. Spano to commence making monthly payments in January, 2007.

    Wherefore, the undersigned counsel respectfully requests clarification of Your Honor's order.

                                                ATTORNEY FOR THE DEFENDANT,

                                                /s/ Thomas John Rooke
                                                THOMAS JOHN ROOKE, ESQ.
                                                73 Chestnut Street
                                                Springfield, MA 01103
                                                Ph: (413)731-9000
                                                Fx: (413)731-1302
                                                BBO# 549087

Dated: December 20, 2006

CERTIFICATE OF SERVICE

    I, Thomas John Rooke, Esq., hereby certify that on this day, I served a copy of the foregoing on Assistant U.S. Attorney Steven Breslow, Esq. via electronic filing and to U. S. Probation Officer Rachelle Lee via facsimile at 413-785-0257 on this 20th day of December, 2006.

                                          /s/ Thomas John Rooke
                                          THOMAS JOHN ROOKE, ESQ.