DEPARTMENT OF JUSTICE

NOTICE OF LIEN FOR FINE AND/OR RESTITUTION
IMPOSED PURSUANT TO THE ANTI-TERRORISM
AND EFFECTIVE DEATH PENALTY ACT OF 1996

For Optional Use By Recording Office

r2.1330

United States Attorney's Office for
the District of Massachusetts

2006Z00662/001

**NOTICE** is hereby given of a lien against the property of the defendant named below. Pursuant to 18 U.S.C. § 3613(c), a fine or an order of restitution imposed pursuant to the provisions of subchapter C of chapter 227 is a lien in favor of the United States upon all property belonging to the person fined or ordered to pay restitution. Pursuant to 18 U.S.C. § 3613(d), a notice of lien shall be considered a notice of lien for taxes for the purposes of any State or local law providing for the filing of a tax lien. The lien arises at the time of the entry of judgment and continues until the liability is satisfied, remitted, or set aside, or until it becomes unenforceable pursuant to 18 U.S.C. § 3613(b).

| | |
|---|---|
| Name of Defendant: | John Spano |
| Social Security Number: | 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 |
| Residence: | 119 Humphrey Lane<br>West Springfield, MA 01089 |
| Amount of Fine/Restitution: | $500,000.00 |
| Court Imposing Judgment: | U.S. District Court Boston, MA |
| Court Number: | 3:04CR30033-004-MAP |
| Date of Judgment: | December 7, 2006 |
| Rate of Interest: | 4.95% |

If payment becomes past due, penalties totaling up to 25 percent of the principal amount past due may arise. 18 U.S.C. § 3612(g).

**IMPORTANT RELEASE INFORMATION**: With respect to the lien listed above, this notice shall operate as a certificate of release pursuant to 18 U.S.C. § 3613(b) by operation of law, but not before twenty years plus term of imprisonment.

Place of Filing: United States District Court, Boston, MA. 02210

This notice was prepared and signed at Boston, Massachusetts on January 3, 2007.

*[signature]*
CHRISTOPHER R. DONATO
Assistant United States Attorney
(617) 748-3386